THOMAS MCNAMARA, Respondent, *v.* CANADA STEAMSHIP COMPANY (Limited), Appellant.

(Argued March 6, 1883 ; decided March 13, 1883.)

*C. Stewart Davison* for appellant.

*Thomas Nolan* for respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.

---

In the Matter of the application of ALBERT SCHNITZLER to compel RUFUS F. ANDREWS, Receiver, etc., to pay Judgment.

(Argued March 6, 1883 ; decided March 13, 1883.)

*John C. Keeler* for appellant.

*Henry W. Johnson* for respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.

---

THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, *v.* THE TENTH NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.

(Argued March 6, 1883 ; decided March 13, 1883.)

*William Hildreth Field* for appellant.

*John H. Strahan* for respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.